IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

EDCARE OF ALABAMA, INC.,          )
a Florida Corporation,            )
                                  )
        Plaintiff,                )
                                  )          CIVIL ACTION NO.
        v.                        )          1:08cv706-MHT
                                  )              (WO)
GENEVA COUNTY HEALTH CARE         )
AUTHORITY, INC., d/b/a            )
Wiregrass Hospital and            )
d/b/a Wiregrass Medical           )
Center,                           )
                                  )
        Defendant.                )

**JUDGMENT**

Pursuant to the joint stipulation for dismissal (Doc. No. 12), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. DONE, this the 24th day of April, 2009.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE